## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew P. Marsiglia, Jr.<br>        <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 14-20587 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1291

                Respectfully submitted,

                **/s/ James C. Warmbrodt, Esquire**
                James C. Warmbrodt, Esquire
                jwarmbrodt@kmllawgroup.com
                Attorney I.D. No. 42524
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106
                Phone: 215-825-6306
                Fax: 215-825-6406
                Attorney for Movant/Applicant