**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
2/14/18 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  MATTHEW P. MARSIGLIA, JR.

        Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
MATTHEW P. MARSIGLIA, JR.


        Respondents

Case No.14-20587GLT


Chapter 13


Related to Docket No. 73

---

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  _14th day of February, 2018            _, it is hereby ORDERED, ADJUDGED, and DECREED that,

U S Department Of Justice
Attn: Payroll Manager
Pob 60000
New Orleans,LA 70160

is hereby ordered to immediately terminate the attachment of the wages of MATTHEW P.

MARSIGLIA, JR., social security number XXX-XX-7269.  No future payments are to be sent to

Ronda J. Winnecour, Trustee on behalf of MATTHEW P. MARSIGLIA, JR..


FURTHER ORDERED:


                                        BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney
                                                            **drb**
                                        UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-20587-GLT
Matthew P. Marsiglia, Jr.                                          Chapter 13
       Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0315-2        User: lfin           Page 1 of 1         Date Rcvd: Feb 14, 2018
                           Form ID: pdf900       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db              #+Matthew P. Marsiglia, Jr.,   207 Bull Run Road,   Brownsville, PA 15417-9528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                        Signature:   /s/Joseph Speetjens

_____

                    **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel R. White    on behalf of Debtor Matthew P. Marsiglia, Jr. dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 8