UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| MATTHEW P. MARSIGLIA, JR. | : |
| | : BANKRUPTCY NO. 14-20587-GLT |
| Debtor | : |
| | : CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY | : |
| | : **Hearing date: September 12, 2018** |
| | : **                10:00 A.M.** |
| Movant | : |
| vs. | : |
| | : |
| MATTHEW P. MARSIGLIA, JR. and RONDA J. WINNECOUR, Trustee | : |
| | : |
| Respondents | : |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO OBTAIN RELIEF FROM STAY DOCKET NO. 78**

   The undersigned hereby certifies that, as of the date hereof, objection or other responsive pleading to the Motion to Obtain Relief From Stay filed on July 30, 2018, has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Obtain Relief From Stay appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Obtain Relief From Stay were to be served no later than August 17, 2018.

   It is hereby respectfully requested that the Order attached to the Motion to Obtain Relief From Stay be entered by the Court.

                    PURCELL, KRUG & HALLER

                    By:/s/Leon P. Haller_____
                     Leon P. Haller
                     1719 North Front Street
                     Harrisburg, PA 17102-2392
                     (717)234-4178
                     Attorney ID #15700
                     Attorney for Movant

Dated:  August 21, 2018          lhaller@pkh.com