IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Matthew P. Marsiglia, Jr., | : | Case No. 14-20587 GLT |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Matthew P. Marsiglia, Jr., | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

    AND NOW comes the Debtor, Matthew P. Marsiglia, Jr., by and through his counsel, Zebley Mehalov & White, and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 9, 2018, at docket number 76, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

    Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 22, 2018

/s/   Matthew Marsiglia
Matthew Marsiglia, Debtor


ZEBLEY MEHALOV & WHITE, P.C.

BY:  /s/ Daniel R. White
Daniel R. White, Esquire
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
724-439-9200
dwhite@Zeblaw.com