Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Matthew P. Marsiglia Jr.** | : | Case No. 14−20587−GLT |
| **aka Matthew P. Marsiglia** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 77 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 1/16/19 at 11:00 AM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

  *AND NOW,* this *The 30th of October, 2018*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 77 by the Chapter 13 Trustee,

  It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

  (1)  *On or before December 14, 2018*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2)  This Motion is scheduled for hearing on *January 16, 2019 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

  (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-20587-GLT
Matthew P. Marsiglia, Jr.                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Oct 30, 2018
                              Form ID: 604            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db            #+Matthew P. Marsiglia, Jr.,    207 Bull Run Road,    Brownsville, PA 15417-9528
cr             +GLHEC & Affiliates: GLHEGC, NELA, USAF,    PO Box 8961,    Madison, WI 53708-8961
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,     PO Box 630267,    Irving, TX  75063)
cr             +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esquire,    1719 North Front Stret,
                 Harrisburg, PA 17102-2305
14006300       +Brownsville ASD & Luzerne TWP c/o SWRTB,    One Centennial Way,    Scottdale, PA 15683-1741
13796301       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     200 Civic Center Drive--11th Floor,
                 Columbus, OH 43215)
13796302        First Premier Bank,    P.O. Box 5524,    Sioux Falls, SD 57117-5524
14939169        GLHEC & Aff: GLHEGC, NELA, USAF,    PO Box 8961,    Madison WI 53708-8961
13796303       +KML Law Group,    701 Market Street--Suite 5000,    Philadelphia, PA 19106-1538
13827745        NATIONSTAR MORTGAGE, LLC,    Attn: Bankruptcy Department,    PO Box 630267, Irving, TX 75063,
                 With copy to WPR, BK Services,    2001 Western Ave #400, Seattle, WA 98121
14852375       +United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
13833708        sALLIE mAE, iNC. ON BEHALF OF usa fUNDS,    aTTN: bANKRUPTCY lITIGATION uNIT - e3149,
                 po bOX 9430,    wILKES-bARRE, pa 18773-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13796304        E-mail/Text: mary.wolfe@msmswv.com Oct 31 2018 02:55:10
                 Mountain State Medical Specialties, Inc.,    120 Medical Park Drive,
                 Bridgeport, WV 26330-9012
13796306       +E-mail/Text: blegal@phfa.org Oct 31 2018 02:54:18      Pennsylvania Housing Finance Agency,
                 Attn:  Accounting & Loan Svcing/BK,    211 North Front Street,    Harrisburg, PA 17101-1406
13796307        E-mail/PDF: pa_dc_claims@navient.com Oct 31 2018 03:03:22       Sallie Mae Servicing,
                 P.O. Box 9500,    Wilkes-Barre, PA 18773-9500
13796308       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 31 2018 02:54:19       West Penn Power,
                 Customer Service Center,    P.O. Box 1392,    Fairmont, WV 26555-1392
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC
13796305*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,     350 Highland Drive,
                 Lewisville, TX 75067-9932)
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              Daniel R. White    on behalf of Debtor Matthew P. Marsiglia, Jr. dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com

```
District/off: 0315-2          User: dbas             Page 2 of 2            Date Rcvd: Oct 30, 2018
                              Form ID: 604           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                TOTAL: 8