## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    MATTHEW P. MARSIGLIA, JR.          Case No.:14-20587

        Debtor(s)          Chapter 13

  Ronda J. Winnecour          Document No.:
    Chapter 13 Trustee,
        Movant
       vs.
  No Repondents.

### CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
### AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

    1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

    2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

    3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

    4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

    1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
    2. Approve the Trustee's Report of Receipts and Disbursements,
    3. Terminate wage attachments,
    4. Revest property of the estate in the debtor(s), and
    5. Enter a final decree and close this case.

July 26, 2018

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 02/19/2014  and confirmed on 4/17/14 .  The case was subsequently        Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 36,502.95 |
| Less Refunds to Debtor | | 2,070.72 | |
| TOTAL AMOUNT OF PLAN FUND | | | 34,432.23 |

| | | |
|---|---:|---:|
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,200.00 | |
|   Trustee Fee | 1,415.08 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,615.08 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 16,948.07 | 16,948.07 | 0.00 | 16,948.07 |
|   Acct: 1291 | | | | |
| PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XX9746 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1291 | | | | |
| THRIFT SAVINGS PLAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXX002G | | | | |
| | | | | 16,948.07 |
| **Priority** | | | | |
| DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MATTHEW P. MARSIGLIA, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| MATTHEW P. MARSIGLIA, JR. | 2,070.72 | 2,070.72 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| BROWNSVILLE ASD & LUZERNE TWP (EI | 1,269.84 | 1,269.84 | 0.00 | 1,269.84 |
|   Acct: 7269 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1291 | | | | |
| | | | | 1,269.84 |
| **Unsecured** | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXX0002 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXXXXXXXX2425 | | | | |
| MOUNTAIN STATE MEDICAL SPECIALTIE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXX8890 | | | | |
| SALLIE MAE O/B/O USAF INC** | 11,017.89 | 11,017.89 | 0.00 | 11,017.89 |

14-20587

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 7269 | | | | |
| WEST PENN POWER** | 581.35 | 581.35 | 0.00 | 581.35 |
| Acct: 2154 | | | | |
| | | | | 11,599.24 |

TOTAL PAID TO CREDITORS                                      29,817.15

TOTAL
CLAIMED          1,269.84
PRIORITY        16,948.07
SECURED        11,599.24


Date: 07/26/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
     MATTHEW P. MARSIGLIA, JR.

          Debtor(s)

     Ronda J. Winnecour
           Movant
         vs.
     No Repondents.

Case No.:14-20587

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                         BY THE COURT:

                         _____
                         U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-20587-GLT
Matthew P. Marsiglia, Jr.,                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas          Page 1 of 2          Date Rcvd: Oct 30, 2018
                              Form ID: pdf900     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2018.
db              #+Matthew P. Marsiglia, Jr.,   207 Bull Run Road,   Brownsville, PA 15417-9528
cr               +GLHEC & Affiliates: GLHEGC, NELA, USAF,   PO Box 8961,   Madison, WI 53708-8961
cr              ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage, LLC.,   PO Box 630267,   Irving, TX 75063)
cr               +Pennsylvania Housing Finance Agency,   c/o Leon P. Haller, Esquire,   1719 North Front Stret,
                  Harrisburg, PA 17102-2305
14006300         +Brownsville ASD & Luzerne TWP c/o SWRTB,   One Centennial Way,   Scottdale, PA 15683-1741
13796301        ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                 (address filed with court: Columbia Gas of PA,   200 Civic Center Drive--11th Floor,
                  Columbus, OH 43215)
13796302         First Premier Bank,   P.O. Box 5524,   Sioux Falls, SD 57117-5524
14939169         GLHEC & Aff: GLHEGC, NELA, USAF,   PO Box 8961,   Madison WI 53708-8961
13796303        +KML Law Group,   701 Market Street--Suite 5000,   Philadelphia, PA 19106-1538
13827745         NATIONSTAR MORTGAGE, LLC,   Attn: Bankruptcy Department,   PO Box 630267, Irving, TX 75063,
                  With copy to WPR, BK Services,   2001 Western Ave #400, Seattle, WA 98121
14852375         +United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison  WI 53708-8961
13833708         sALLIE mAE, iNC. ON BEHALF OF usa fUNDS,   aTTN: bANKRUPTCY lITIGATION uNIT - e3149,
                  po bOX 9430,   wILKES-bARRE, pa 18773-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13796304         E-mail/Text: mary.wolfe@msmswv.com Oct 31 2018 02:55:10
                  Mountain State Medical Specialties, Inc.,   120 Medical Park Drive,
                  Bridgeport, WV 26330-9012
13796306        +E-mail/Text: blegal@phfa.org Oct 31 2018 02:54:17     Pennsylvania Housing Finance Agency,
                  Attn: Accounting & Loan Svcing/BK,   211 North Front Street,   Harrisburg, PA 17101-1406
13796307         E-mail/PDF: pa_dc_claims@navient.com Oct 31 2018 03:03:18     Sallie Mae Servicing,
                  P.O. Box 9500,   Wilkes-Barre, PA 18773-9500
13796308        +E-mail/Text: bankruptcy@firstenergycorp.com Oct 31 2018 02:54:19     West Penn Power,
                  Customer Service Center,   P.O. Box 1392,   Fairmont, WV 26555-1392
                                                                                        TOTAL: 4

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Nationstar Mortgage LLC
13796305*       ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage,   350 Highland Drive,
                  Lewisville, TX 75067-9932)
                                                                            TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              Daniel R. White    on behalf of Debtor Matthew P. Marsiglia, Jr. dwhite@zeblaw.com,
              gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com

District/off: 0315-2          User: dbas                  Page 2 of 2              Date Rcvd: Oct 30, 2018
                             Form ID: pdf900              Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          James A. Prostko    on behalf of Creditor   Nationstar Mortgage, LLC. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Kevin Scott Frankel    on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com
          Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                         TOTAL: 8