**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 14-20587-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Matthew P. Marsiglia, Jr.
207 Bull Run Road
Brownsville PA 15417

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/29/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: sALLIE mAE, iNC. ON BEHALF OF usa fUNDS, aTTN: bANKRUPTCY lITIGATION uNIT - e3149, po bOX 9430, wILKES-bARRE, pa 18773-9430 | GLHEC & Aff: GLHEGC, NELA, USAF<br>PO Box 8961<br>Madison WI 53708-8961 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/01/18

Michael R. Rhodes
**CLERK OF THE COURT**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                              Case No. 14-20587-GLT
Matthew P. Marsiglia, Jr.                                           Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: mgut               Page 1 of 1          Date Rcvd: Oct 30, 2018
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2018.
13833708          sALLIE mAE, iNC. ON BEHALF OF usa fUNDS,    aTTN: bANKRUPTCY lITIGATION uNIT - e3149,
                    po bOX 9430,    wILKES-bARRE, pa 18773-9430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              Daniel R. White    on behalf of Debtor Matthew P. Marsiglia, Jr. dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Nationstar Mortgage, LLC. pawb@fedphe.com,
               james.prostko@phelanhallinan.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8